

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2014

No. 04-14-00579-CV

Jay Kay **BEAR** Ltd,
Appellant

v.

Patty **MARTIN**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-11890
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

On September 19, 2014, we ordered Appellants to provide written proof regarding payment for the reporter's record.  On September 26, 2014, Appellants moved this court to abate the deadline for filing the reporter's record or, in the alternative, to order Appellee to pay half the cost of the reporter's record.

Appellants' motion is DENIED.

We ORDER Appellants to provide written proof to this court within TEN DAYS of the date of this order that (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (2) Appellants are entitled to appeal without paying the reporter's fee.  If Appellants fail to respond within the time provided, Appellants must file a brief with this court within THIRTY DAYS from the date of this order, and the court will only "consider and decide those issues or points [raised in Appellants' brief] that do not require a reporter's record for a decision." *See id.* R. 37.3(c).

If Appellants timely comply with this order, the reporter's record will be due not later than THIRTY DAYS from the date Appellants file written proof showing compliance with this order.  *See id.* R. 35.3(c).

If the reporter's record is not filed with this court as ordered above, any requests for additional time to file the record must be accompanied by a signed, written status report.  The report must describe the transcript by day with the date, description, page counts, and remarks

for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks). The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date. A preferred form for the status report, with an accompanying example, is attached to this order.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2014.

Keith E. Hottle
Clerk of Court